App. Div.] First Department, January, 1917.

Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order modified as stated in order, and as modified affirmed, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

PETER M. LEAVITT and Another, Respondents, v. ARTHUR H. LAMBORN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

IRVING H. ISAACS, Respondent, v. THE TORONTO FURNITURE COMPANY, LIMITED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS MURPHY, Appellant, v. JOHN PURROY MITCHEL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LOUIS GUENTHER, Respondent, v. THE RIDGWAY COMPANY, Appellant. LOUIS GUENTHER, Respondent, v. THE RIDGWAY COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LOUIS GUENTHER, Respondent, v. THE RIDGWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MORRIS B. CHELIMER, Respondent, v. JACOB A. BORMAN, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HERMAN J. SCHUMACHER, Respondent, v. PALATIEL R. BOMEISLER, Defendant. ALFRED E. SMITH, as Sheriff of the County of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMUEL SANDERS, Appellant, v. HENRY KRUMHOLZ, Respondent.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LILLIAN TIGHE, Respondent, v. JAMES CHARLES TIGHE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

A. FRANK COWEN, Trustee in Bankruptcy, etc., Appellant, v. SAMUEL L. GRUBER, Respondent, and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of ISIDORE MOSSON, Respondent, for an Order Determining the Amount of Lien, if Any, of PHILIP B. LA ROCHE,